Douglas L. JONES, Plaintiff—Appellant,

v.

Mark Timothy WILLIAMS; Halifax County Circuit Court; Blue Ridge Regional Jail Authority; Probation and Parole District O8, Defendants—Appellees.

No. 08–7727.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2008.

Decided: Dec. 2, 2008.

Douglas L. Jones, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas L. Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Williams*, No. 7:08–cv–00436–jct–mfu, 2008 WL 2943145 (W.D.Va. July 30, 2008). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*